Argued April 27, affirmed June 20, 1978

PING, *Petitioner,*

*v.*

WEYERHAEUSER COMPANY, *Respondent.*

(WCB Case No. 76-1847, CA 9703)

579 P2d 904

Keith E. Tichenor, Portland, argued the cause for petitioner. With him on the brief was Pozzi, Wilson, Atchison, Kahn & O'Leary, Portland.

Paul L. Roess, Coos Bay, argued the cause for respondent. With him on the brief was Newhouse, Foss, Whitty, & Roess, Coos Bay.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Co.,* 33 Or App 241, 576 P2d 27 (1978).